UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 10-12278-JLT |
| KENISH STEWART and NUMEROUS JOHN DOES, | * |
| Defendants. | * |

## ORDER

June 13, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Plaintiff's <u>Motion to Compel Edward Davis to Comply with Subpoena</u> [#17] is DENIED and Defendant's <u>Motion to Dismiss Plaintiff's Complaint</u> [#21] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge